**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>S.E.I. UNDERGROUND UTILITES, LLC, and )<br>RLM UNDERGROUND, LLC, )<br>  )<br>  Defendants. ) | Case No. 4:24-cv-00213 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a), Plaintiff Clear Blue Specialty Insurance Company hereby agrees to dismiss the above-captioned matter with prejudice.

                          GORDON REES SCULLY MANSUKHANI

                          By: */s/ Michael J. Carroll*
                              Michael J. Carroll  AT0013555
                              1701 Ruan Center
                              666 Grand Avenue
                              Des Moines, Iowa 50309
                              Phone:  (515) 204-2845
                              mcarroll@grsm.com
                              ATTORNEYS FOR CLEAR BLUE
                              SPECIALTY INSURANCE